IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 JAN -7  A 8 42
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DAGNY MAHAFFEY AND SHIRLAINE MITCHELL by and through their next friend, Elaine Bartholomew, | * * | |
| Plaintiffs, | * | CIVIL ACTION |
| | * | 00-0050 |
| vs. | * | SECTION: " " |
| KENNETH S. APFEL, Commissioner, Social Security Administration, | * * | SECT J MAG 2 |
| Defendant | * | |

\* \* \* \* \* \* \*

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiffs, pursuant to the provisions of 28 U.S.C. § 1915 et seq., move the Court for an order allowing them to file and prosecute this cause in forma pauperis. This motion is supported by the attached affidavit of the minor plaintiffs' next friend, legal guardian and grandmother, Elaine Bartholomew, and memorandum of law.

New Orleans, Louisiana this __6__ day of January, 2000.

Respectfully submitted,

NEW ORLEANS LEGAL ASSISTANCE CORP.
Attorneys for the Plaintiff

BY: _____
ROWENA T. JONES, T.A., Bar No. 7507
144 Elk Place, Ste. 1000
New Orleans, LA 70112
Tel: (504) 529-1040

JAN 11 2000
DATE OF ENTRY _____

Fee _____
Process __
X Dktd ____
__ CtrmDep __
Doc.No. ____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAGNY MAHAFFEY AND<br>SHIRLAINE MITCHELL by and through<br>their next friend, Elaine Bartholomew, | *<br><br>* | |
| Plaintiffs, | * | CIVIL ACTION |
| vs. | *<br><br>* | NO. 00-0050<br>SECTION: " " |
| KENNETH S. APFEL,<br>Commissioner, Social<br>Security Administration, | *<br><br>* | SECT J MAG 2 |
| Defendant | * | |

\* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion:

IT IS ORDERED that plaintiffs Dagny Mahaffey and Shirlaine Mitchell, through their next friend Elaine Bartholomew, be allowed to file and prosecute this cause <u>in forma pauperis</u>.

New Orleans, Louisiana this _7th_ day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE