FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 22 P 12: 31

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
MARCH 22, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELAINE BARTHOLOMEW, NEXT FRIEND OF DAGNY MAHAFFEY AND SHIRLAINE MITCHELL, MINORS | CIVIL ACTION |
| VERSUS | NO. 00-50 |
| KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "J" (2) |

Plaintiff has filed this action pursuant to 42 U.S.C. § 405(q), seeking review of a decision by the Commissioner of Social Security. Defendant has answered. Accordingly,

**IT IS ORDERED** that the following schedule and procedures shall be followed. Plaintiff, Elaine Bartholomew, next friend of Dagny Mahaffey and Shirlaine Mitchell, minors, shall file a memorandum of facts and law not later than **April 24, 2000**. Defendant shall file its reply memorandum not later than **May 26, 2000**.

DATE OF ENTRY
MAR 23 2000

Fee_____
Process__✓__
X Dktd____
___CtRmDep___
Doc.No.____

Plaintiff's memorandum shall comply with the following requirements.

1. <u>Statement of the case.</u> This statement shall briefly outline the proceedings and disposition at the administrative level, and shall set forth a brief statement of pertinent facts. The statement of facts shall include plaintiff's age, education and work experience; a summary of the physical and mental impairments alleged; and a brief outline of the pertinent factual, medical and/or vocational evidence of record.

    Each statement of fact shall be supported by reference to the page(s) in the record where the evidence may be located.

2. <u>Statement of errors.</u> This statement shall set forth in separate numbered paragraphs the specific errors committed at the administrative level that entitle plaintiff to relief. The Court will consider only those errors specifically identified. A general allegation that the ALJ's findings are unsupported by substantial evidence, standing alone, is insufficient to invoke the appellate jurisdiction of the federal court.

3. <u>Argument.</u> The argument shall be divided into sections separately addressing each asserted error or issue and shall set forth the plaintiff's contentions with respect to each issue and the reasons therefor.

    Each contention must be supported by specific reference to the portion of the record relied upon and by citations to statutes, regulations and cases supporting plaintiff's position.

4. <u>Conclusion.</u> The plaintiff's brief shall conclude with a brief statement of the relief sought.

Defendant's memorandum shall respond specifically to each issue raised by the plaintiff. The response shall not address matters not put at issue by the plaintiff. Defendant shall not include a "statement of the case," as described above, unless plaintiff's

2

statement is inaccurate or incomplete. In that event, defendant need only address those limited areas in its statement of the case.

The petition for review will be submitted on briefs. No reply memorandum will be permitted. Oral argument will not be heard unless leave is granted after a party submits a motion for oral argument with written reasons.

The Clerk of Court is directed to send a copy of this Order to the United States Attorney for the Eastern District of Louisiana and counsel for the plaintiff.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE