IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 APR 19 A 11: 51
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DAGNY MAHAFFEY AND SHIRLAINE MITCHELL by and through their next friend, Elaine Bartholomew, | * * * | CIVIL ACTION |
| Plaintiffs, | * | NO. 00-50 |
| vs. | * | SECTION: "J" (2) |
| KENNETH S. APFEL, Commissioner, Social Security Administration, | * | |
| Defendant | * | * |

* * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come Dagny Mahaffey and Shirlaine Mitchell, who respectfully move this Honorable Court for a 2 week extension, to May 8, 2000, in which to file a motion for summary judgment. The defendant's motion for summary judgment would be likewise extended. This is the first request for extension of time filed by the plaintiffs. Counsel for defendant has been contacted and has no objection to the granting of this motion.

Respectfully submitted,

NEW ORLEANS LEGAL ASSISTANCE CORP.
Attorneys for the Plaintiffs

DATE OF ENTRY
APR 2 0 2000

BY: _____
ROWENA JONES, Bar #7507
144 Elk Place, Ste. 1000
New Orleans, LA 70112
Phone: (504) 529-1000

Fee_____
Process___
X Dktd___
__ CtRmDep___
Doc.No.___

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAGNY MAHAFFEY AND <br> SHIRLAINE MITCHELL by and through <br> their next friend, Elaine Bartholomew, | * <br><br> * | |
| Plaintiffs, | * | CIVIL ACTION <br><br> NO. 00-50 |
| vs. | * | SECTION: "J" (2) |
| KENNETH S. APFEL, <br> Commissioner, Social <br> Security Administration, | * | |
| Defendant | * | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Extension of Time,

IT IS ORDERED that plaintiffs, Dagny Mahaffey and Shirlaine Mitchell, be and are hereby allowed until May 8, 2000 in which to file a ~~Motion for Summary Judgment~~ Memorandum of facts and law. The defendant will be allowed a corresponding extension of time to file a ~~Motion for Summary Judgment~~ Memorandum of facts and law, until June 9, 2000.

New Orleans, Louisiana this 22 day of April, 2000.

_____
UNITED STATES MAGISTRATE JUDGE
for U.S. Magistrate Judge
Joseph C. Wilkinson, Jr.