FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 29 PM 1: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAGNEY MAHAFFEY, ET AL                     CIVIL ACTION

VERSUS                                     NO: 00-0050

KENNETH S. APFEL,                          SECTION "J" (2)
COMMISSIONER OF SOCIAL SECURITY

### O R D E R

The Court, having considered the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and plaintiffs' Objections to the Report and Recommendation (Rec. Doc. 11), hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly;

**IT IS ORDERED** that plaintiffs' appeal is **DENIED**.

New Orleans, Louisiana this 29th day of September, 2000.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 2 9 2000

___Fee_____
___Process___
X _Dktd_____
___CtRmDep___
Doc.No._72_