

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAGNY MAHAFFEY ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0050 |
| KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY | SECTION "J" (2) |

### JUDGMENT

The Court having approved the Findings and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Kenneth S. Apfel, Commissioner of the Social Security Administration, and against plaintiffs, Dagny Mahaffey and Shirlaine Mitchell through their next friend, Elaine Bartholomew, dismissing plaintiffs' complaint with prejudice.

New Orleans, Louisiana, this ____ day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 2 9 2000

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No. 13