IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -8 AM 11: 45

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DAGNY MAHAFFEY AND<br>SHIRLAINE MITCHELL by and<br>through their next friend,<br>Elaine Bartholomew, | * | |
| Plaintiffs, | * | CIVIL ACTION |
| | * | NO. 00- 0050 |
| vs. | | |
| | * | SECTION: "J" (2) |
| KENNETH S. APFEL,<br>Commissioner, Social<br>Security Administration, | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEAL

Notice is hereby given that Dagny Mahaffey and Shirlaine Mitchell, plaintiffs above named, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 29th day of September, 2000.

Respectfully submitted,

NEW ORLEANS LEGAL ASSISTANCE CORP.
Attorneys for the Plaintiffs

BY: _____
Rowena T. Jones, Bar #7507
144 Elk Place, Ste. 1000
New Orleans, LA 70112
Phone: (504) 529-1040

___Fee
___Process
X Dktd
___CtRmDep
___Doc.No.