# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 00-31338
Summary Calendar

D.C. Docket No. 00-CV-50-J

U.S. COURT OF APPEALS
**FILED**
AUG 0 6 2001
CHARLES R. FULBRUGE III
CLERK

ELAINE BARTHOLOMEW, as next friend Dagny Mahaffey, as next friend Shirlaine Mitchell, minors

    Plaintiff - Appellant

v.

LARRY G MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY

    Defendant - Appellee

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT - 2 2001
LORETTA G. WHYTE
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:   SEP 2 8 2001

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
    Deputy
New Orleans, Louisiana

SEP 2 8 2001

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 00-31338
Summary Calendar

U.S. COURT OF APPEALS
FILED
AUG 0 6 2001

CHARLES R. FULBRUGE III
CLERK

ELAINE BARTHOLOMEW,
as next friend Dagny Mahaffey,
as next friend Shirlaine Mitchell,
minors,

                  Plaintiff-Appellant,

versus

LARRY G. MASSANARI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

                  Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 00-CV-50-J
--------------------

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

  Elaine Bartholomew appeals from the district court's judgment affirming the denial of her claim for surviving child benefits. She argues that substantial evidence did not support the Commissioner's decision, the administrative law judge (ALJ) failed to develop the record, the ALJ did not properly weigh the evidence, and the ALJ improperly placed a high burden of proof on the claimants.

---

  * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Judicial review of the Commissioner's decision to deny benefits is limited to determining whether that decision is supported by substantial evidence and whether the proper legal standards are applied. Harris v. Apfel, 209 F.3d 413, 417 (5th Cir. 2000); Stone v. Heckler, 715 F.2d 179, 180-81, 184 (5th Cir. 1983). "The [Commissioner], not the courts, has the duty to weigh the evidence, resolve material conflicts in the evidence, and decide the case." Chaparro v. Bowen, 815 F.2d 1008, 1011 (5th Cir. 1987).

Given the evidence that the Arizona resident had used the name and social security number of Curtis Clifford Mahaffey since at least 1985 and Judy Griffen's corroborating identification of her brother, which dates back to Mahaffey's childhood, there were credible evidentiary choices supporting the ALJ's decision. Harris, 209 F.3d at 417. Although the Commissioner could have investigated the matter further, there was credible substantial evidence upon which the Commissioner could conclude that the Arizona resident was the true owner of the disputed social security number, and Bartholomew has failed to demonstrate that the additional evidence might have altered the result. Carey v. Apfel, 230 F.3d 131, 142 (5th Cir. 2000). "In short, there is conflicting evidence on the issue . . ., and the [ALJ's] determination must be respected because it is supported by substantial credible evidence." See Ryan v. Bowen, 799 F.2d 147, 148 (5th Cir. 1986). Accordingly, the judgment of the district court is AFFIRMED.

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

September 28, 2001



Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

    No. 00-31338 Bartholomew v. Massanari
    USDC No. 00-CV-50-J

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume    (   ) Envelopes    (   ) Boxes

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By: _____
            Dianah Buttone, Deputy Clerk
            504-589-6514 ITCM # 200

cc: (letter only)
    Honorable Carl J Barbier
    Ms Rowena Teresa Jones
    Ms Tasha W Stevenson

MDT-1